```
1  CHRISTOPHER HAYDN-MYER, Bar #176333
   717 K Street, Suite 231
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-2736
4
5  Attorney for Defendant
   OSCAR CANIZALEZ
6
7
8                IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA,       )  CR. NO. S-04-381 FCD
                                   )
13                 Plaintiff,      )  STIPULATION; ORDER
                                   )
14      v.                         )  Date: May 16, 2005
                                   )  Time: 9:30 a.m.
15 MIGUEL ANGEL SANCHEZ,           )  Hon.  Frank C. Damrell, Jr.
   RICARDO GONZALEZ SALAS, and     )
16 OSCAR CANIZALEZ                 )  "AS MODIFIED"
                                   )
17                 Defendants.     )
18 _____
```

19     Defendant, Oscar Canizalez, through Christopher Haydn-Myer,
20 Attorney At Law, defendant, Miguel Angel Sanchez, through Mark J.
21 Reichel, and defendant Ricardo Gonzales Salas, through his attorney,
22 Jesse Soto Ortiz, and the United States of America, through Assistant
23 U.S. Attorney Samuel Wong, agree as follows:
24     It is agreed that the current Status Conference date of May 16,
25 2005 be vacated and a new Status Conference date of May 31, 2005 be
26 set.
27     The continuance is necessary because all of the co-defendants are
28 receiving new plea agreements, and counsel needs time to review the

1  plea agreements with their clients.
2       Further, the discovery motion set to be heard on May 17, 2005
3  before the Honorable Gregory G. Hollows has been rescheduled to June
4  13, 2005 by agreement of all of the parties.
5       For all of these reasons, the parties jointly request a new status
6  conference date, and that the time period from May 16, 2005, to and
7  including May 31, 2005 be excluded under the Speedy Trial Act pursuant
8  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense
9  preparation and based on a finding by the Court that the ends of
10 justice are served by granting the continuance outweigh the best
11 interest of the public and defendant in a speedy trial.  Further, that
12 time will be excluded because of the discovery motion to be heard on
13 June 13, 2005.
14 Dated: May 11, 2005

15                                      Respectfully submitted,
16                                      /s/ Christopher Haydn-Myer
17                                      _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
18                                      Oscar Canizalez

19                                      MCGREGOR SCOTT
                                        United States Attorney
20
21 DATED: May 11, 2005                  /S/ Christopher Haydn-Myer for
                                        SAMUEL WONG
22                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
23
                                        QUIN DENVIR
24                                      Federal Public Defender

25 DATED: May 11, 2005                  /S/ Christopher Haydn-Myer for
                                        MARK J. REICHEL
26                                      Assistant Public Defender
                                        Attorney for Defendant
27
28                                      2

|   |   |   |
|---|---|---|
| 1 |  | Miguel Angel Sanchez |
| 2 | DATED: May 11, 2005 | /S/ Christopher Haydn-Myer for |
|   |   | JESSE SOTO ORTIZ III |
| 3 |   | Attorney for Defendant |
|   |   | Ricardo Gonzales Salas |

**ORDER**

The Status Conference date of May 16, 2005 is vacated and a new Status Conference date of May 31, 2005 at 9:30 a.m. is set.

Further, the discovery motion set to be heard on May 17, 2005 before the Honorable Gregory G. Hollows has been rescheduled to June 13, 2005 at 2:00 p.m. before the Honorable Peter A. Nowinski by agreement of all of the parties.

Time from May 16, 2005, to and including May 31, 2005 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4

DATED: May 11, 2005

/s/Frank C. Damrell Jr.
HON. FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3