CHRISTOPHER HAYDN-MYER, Bar #176333
717 K Street, Suite 231
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-2736


Attorney for Defendant
OSCAR CANIZALEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-04-381 FCD |
| Plaintiff, | ) STIPULATION; [PROPOSED] ORDER |
| v. | ) Date: May 17, 2005 |
| MIGUEL ANGEL SANCHEZ, RICARDO GONZALEZ SALAS, and OSCAR CANIZALEZ | ) Time: 2:00 p.m. ) Hon. Gregory G. Hollows |
| Defendants. | ) |

_____

    Defendant, Oscar Canizalez, through Christopher Haydn-Myer, Attorney At Law, defendant, Miguel Angel Sanchez, through Mark J. Reichel, and Ricardo Gonzales Salas, through his attorney, Jesse Ortiz, and the United States of America, through Assistant U.S. Attorney Samuel Wong, agree as follows:

    It is agreed that the hearing date for the discovery motion on May 17, 2005 be vacated and a new hearing date of June 13, 2005 be set.

    The continuance is necessary because all of the co-defendants are receiving new plea agreements, and counsel needs time to review the plea agreements with their clients.

1 For all of these reasons, the parties jointly request a new
2 hearing date for the discovery motion on June 13, 2005, at 2:00 p.m.

Dated: May 11, 2005

                                        Respectfully submitted,

                                        /s/ Christopher Haydn-Myer
                                        _____
                                        CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
                                        Oscar Canizalez

                                        MCGREGOR SCOTT
                                        United States Attorney

DATED: May 11, 2005                /S/ Christopher Haydn-Myer for
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

                                        QUIN DENVIR
                                        Federal Public Defender

DATED: May 11, 2005                /S/ Christopher Haydn-Myer for
                                        MARK J. REICHEL
                                        Assistant Public Defender
                                        Attorney for Defendant
                                        Miguel Angel Sanchez

DATED: May 11, 2005                /S/ Christopher Haydn-Myer for
                                        JESSE SOTO ORTIZ III
                                        Attorney for Defendant
                                        Ricardo Gonzales Salas

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 5/13/05

                                        /s/ Gregory G. Hollows

                                        _____
                                        HON. GREGORY G. HOLLOWS
                                        United States Magistrate Judge

sanchez381.ord05