```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,       )<br>                              )<br>      v.                     )<br>                              )<br>                              )<br>                              )<br> MIGUEL ANGEL SANCHEZ, et al.,)<br>                              )<br>            Defendant.       )<br>_____) | Case No.  CR.S-04-381-FCD<br><br>**AMENDED STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 20, 2005<br>Time: 9:30 a.m.<br>Judge: Honorable Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, CHRIS HAYDEN-MAYER, ESQ., JESSE ORTIZ, ESQ., attorneys for defendants Miguel Angel Sanchez, Ricardo Salas, Oscar Canizales, that the previously scheduled change of plea hearing date of May 31, 2005 be vacated and the matter set for change of plea on June 20, 2005 at 9:30 am.

This continuance is requested because defense counsel Reichel will be out of town on training May 31st through June 6th.  As well, all defense counsel also need additional time to review discovery with the defendant, conduct legal research, perform background factual

Stip and Order

1  investigation, and properly prepare for a potential change of plea.
2      Accordingly, all counsel and the defendant agree that time under
3  the Speedy Trial Act from the date this stipulation is lodged, through
4  June 20, 2005, should be excluded in computing the time within which
5  trial must commence under the Speedy Trial Act, pursuant to Title 18
6  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  Additionally, there is
7  a motion pending in the magistrate court which is scheduled for July
8  15, 2005, so time will be excluded under Local Code E up until that
9  time, July 15, 2005.

DATED:  May 27, 2005.              Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Public Defender


DATED:  May 27, 2005.              /s/MARK J. REICHEL
                                    MARK J. REICHEL
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    /s/MARK J. REICHEL
                                    CHRISTOPHER HAYDEN MEYER, ESQ
                                    Attorney for Defendant


                                    /s/MARK J. REICHEL
                                    JESSE ORTIZ, ESQ
                                    Attorney for Defendant



                                    McGREGOR SCOTT
                                    United States Attorney


DATED:  May 27, 2005.              /s/MARK J. REICHEL for
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

Stip and Order                          2

**ORDER**

That the previously scheduled change of plea hearing date of May 31, 2005 be vacated and the matter set for change of plea on June 20, 2005 at 9:30 am.

The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code E.

**IT IS SO ORDERED.**

DATED: May 27, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States DISTRICT JUDGE

Stip and Order                               3