```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>              Plaintiff, )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br> MIGUEL ANGEL SANCHEZ, et al., )<br>                              )<br>              Defendant.      )<br> _____ | Case No.  CR.S-04-381-FCD<br><br>**STIPULATION AND ORDER FOR CONTINUANCE TO ALLOW PREPARATION OF A PRE-PLEA REPORT AND RECOMMENDATION; ORDER ON EXCLUSION OF TIME**<br><br>Date: June 20, 2005<br>Time: 9:30 a.m.<br>Judge: Honorable Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, CHRIS HAYDEN-MAYER, ESQ., JESSE ORTIZ, ESQ., attorneys for defendants Miguel Angel Sanchez, Ricardo Salas, Oscar Canizales, that the previously scheduled change of plea hearing date of June 20, 2005 be vacated and the matter set for change of plea on August 1, 2005 at 9:30 am.

This continuance is requested because all defense counsel need additional time to review discovery with the defendants, conduct legal research, perform background factual investigation, and properly

Stip and Order

prepare for a potential change of plea.

Additionally, the continuance is requested as all defense counsel desire to make arrangements for the probation department to prepare a pre plea report and recommendation in connection with this case.

Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 1, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  Additionally, there is a motion pending in the magistrate court which is scheduled for August 17, 2005, so time will be excluded under Local Code E up until that time as well.

DATED:  June 16, 2005.                    Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Public Defender


DATED:  June 16, 2005.                    /s/MARK J. REICHEL
                                          MARK J. REICHEL
                                          Assistant Federal Defender
                                          Attorney for Defendant


                                          /s/MARK J. REICHEL
                                          CHRISTOPHER HAYDEN MEYER,ESQ
                                          Attorney for Defendant


                                          /s/MARK J. REICHEL
                                          JESSE ORTIZ, ESQ
                                          Attorney for Defendant

Stip and Order                            2

```
                                        McGREGOR SCOTT
                                        United States Attorney


DATED:  June 16, 2005.           /s/MARK J. REICHEL for
                                        SAMUEL WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

## O R D E R

The change of plea hearing date of June 20, 2005 is vacated and the reset to August 1, 2005 at 9:30 am.  The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time from today's date through August 1, 2005 is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 and Local Code E for the reasons stated in the parties stipulation including time for the probation department to prepare pre-plea reports.

**IT IS SO ORDERED.**

DATED: June 16, 2005             _____

```
                                 /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, JR.
                                 United States DISTRICT JUDGE
```