```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-04-381-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| ) | |
| MIGUEL ANGEL SANCHEZ, et al., ) | Date: August 15, 2005 |
| ) | Time: 9:30 a.m. |
| Defendant. | Judge: Honorable Frank C. Damrell |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the previously scheduled change of plea hearing date of August 1, 2005 be vacated and the matter set for change of plea on August 15, 2005 at 9:30 am.

   This continuance is requested because defense counsel is out of the country till August 10th. and needs additional time to review discovery with the defendant, conduct legal research, perform background factual investigation, and properly prepare for a potential change of plea.

Stip and Order

1   Accordingly, all counsel and the defendant agree that time under
2 the Speedy Trial Act from the date this stipulation is lodged, through
3 August 15, 2005, should be excluded in computing the time within which
4 trial must commence under the Speedy Trial Act, pursuant to Title 18
5 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6   DATED: July 29, 2005.                Respectfully submitted,

7                                        QUIN DENVIR
                                         Federal Public Defender
8

9   DATED: July 29, 2005.                /s/MARK J. REICHEL
10                                       MARK J. REICHEL
                                         Assistant Federal Defender
11                                       Attorney for Defendant

12
                                         /s/MARK J. REICHEL
13                                       CHRISTOPHER HAYDEN MEYER, ESQ
                                         Attorney for Defendant
14

15                                       /s/MARK J. REICHEL
                                         SHARI RUSK, ESQ
16                                       Attorney for Defendant

17

18                                       McGREGOR SCOTT
                                         United States Attorney
19

20
    DATED: July 29, 2005.                /s/MARK J. REICHEL for
21                                       SAMUEL WONG
                                         Assistant U.S. Attorney
22                                       Attorney for Plaintiff

Stip and Order                           2

**O R D E R**

The previously scheduled change of plea hearing date of August 1, 2005 be vacated and the matter set for change of plea on August 15, 2005 at 9:30 am.

The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED**

DATED: July 29, 2005             /s/ Frank C. Damrell Jr.
                                             FRANK C DAMRELL JR.
                                             United States District Judge