Jesse S. Ortiz III (SBN 176450)
**Law Office of Jesse S. Ortiz III**
1107 9th Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile:   (916) 444-3975

Attorney for Defendant
        Ricardo Salas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-04-381-FCD |
| ) | |
| Plaintiff, ) | **STIPULATION FOR CONTINUANCE;** |
| v. ) | **ORDER ON EXCLUSION OF TIME** |
| ) | |
| MIGUEL ANGEL SANCHEZ, et al., ) | |
| ) | |
| Defendant. ) | Date: August 29, 2005 |
| _____ ) | Time: 9:30 a.m. |
| | Judge: Honorable Frank C. Damrell |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, CHRIS HAYDN-MYER, ESQ., JESSE S. ORTIZ III, ESQ., attorneys for defendants Miguel Angel Sanchez, Ricardo Salas, Oscar Canizales, that the previously scheduled change of plea hearing date of August 29, 2005 be vacated and the matter set for change of plea on September 26, 2005 at 9:30 a.m.

　　　　This continuance is requested because counsel for Ricardo Salas needs additional time to review discovery with the defendant, conduct legal research, perform background factual investigation, and properly prepare for a potential change of plea for his client who is non-English speaking.

　　　　Accordingly, all counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 26, 2005, should be excluded in

computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

Dated: August 30, 2005

/s/ Jesse S. Ortiz III
JESSE S. ORTIZ III
Attorney for Defendant

/s/ Jesse S. Ortiz III
MARK J. REICHEL
Assistant Federal Defender
Attorney for Defendant

/s/ Jesse S. Ortiz III
CHRISTOPHER HAYDN-MYER
Attorney for Defendant

/s/ Jesse S. Ortiz III
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

The Court having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its order. The Court finds that the failure to grant a continuance in this case would deny Salas' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the remaining defendants in a speedy trial. Therefore, time from August 30, 2005, through and including September 26, 2005 is excluded from computation of time within which the trial of this case must be commenced, pursuant to 18 U.S.C § 3161 (h) (8) (B) (iv) and Local Code T4 for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated: September 1, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge