QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL ANGEL SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.  CR.S-04-381-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| | ) | |
| MIGUEL ANGEL SANCHEZ, et al., | ) | Date: October 24, 2005 |
| | ) | Time: 9:30 a.m. |
| Defendant. | | Judge: Honorable Frank C. Damrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, CHRIS HAYDEN-MAYER, ESQ., JESSE SANTANA, ESQ., attorneys for all defendants, that the previously scheduled change of plea hearing date of October 17, 2005 be vacated and the matter set for change of plea on October 24, 2005 at 9:30 am.

    This continuance is requested because all defense counsel need additional time to continue to review discovery with the defendant, conduct legal research, perform background factual investigation, and properly prepare for a change of plea, including calculating guideline

Stip and Order

1 ranges and potential sentences.

2 Accordingly, all counsel and the defendant agree that time under
3 the Speedy Trial Act from the date this stipulation is lodged, through
4 October 24, 2005, should be excluded in computing the time within which
5 trial must commence under the Speedy Trial Act, pursuant to Title 18
6 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

7 DATED: October 14, 2005.           Respectfully submitted,

8                                    QUIN DENVIR
                                     Federal Public Defender
9

10
   DATED: October 14, 2005.          /s/MARK J. REICHEL
11                                   MARK J. REICHEL
                                     Assistant Federal Defender
12                                   Attorney for Defendant

13
                                     /s/MARK J. REICHEL
14                                   CHRISTOPHER HAYDEN MEYER,ESQ
                                     Attorney for Defendant
15

16                                   /s/MARK J. REICHEL
                                     JESSE SANTANA, ESQ
17                                   Attorney for Defendant

18

19                                   McGREGOR SCOTT
                                     United States Attorney
20

21
   DATED: October 14, 2005.          /s/MARK J. REICHEL for
22                                   SAMUEL WONG
                                     Assistant U.S. Attorney
23                                   Attorney for Plaintiff

24

25

26

27

28

Stip and Order                          2

**O R D E R**

The change of plea hearing date of October 17, 2005 is vacated and the matter set for change of plea on October 24, 2005 at 9:30 am. The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

DATED: October 14 2005          /s/ Frank C. Damrell Jr.
                                FRANK C. DAMRELL, JR.
                                United States DISTRICT JUDGE

Stip and Order                              3